# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO N. MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; ROBINSON FORD SALES, INC., a California Corporation, dba ROBINSON FORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:18-CV-02615-TJH-SHK<br><br>(Removed from Superior Court of California, County of Riverside, Case No. PSC1807092)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT [JS-6]**<br><br>*Assigned for all purposes to the Honorable* **Terry J. Hatter, Jr.**<br><br>Action Filed: November 15, 2018 |

# ORDER

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court hereby remands this matter to the California Superior Court, County of Riverside.

IT IS SO ORDERED.

DATED: May 20, 2019

_____
HONORABLE TERRY HATTER, JR ,
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION